## ISLAND CAR WASH, INC., et al.
## PLAINTIFF CONSENT FORM

---

I hereby consent to join the lawsuit against Island Car Wash, Inc., et al., to assert claims against them for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

I hereby designate Misiano Shulman Capetola & Kessler, LLP., to represent me in the suit.

_____
Signature

_____
Print Name

_____
Address

_____
City, State and Zip Code

---

## FORMA DE CONSENTIMIENTO DE DEMANDANTE
## DE ISLAND CAR WASH, INC., et al.

---

Por este medio consiento para afiliarme al pleito contra Island Car Wash., y. Al-., para afirmar reclamaciones contra ellos para violaciones del Acto de Estándares de Trabajo Justo, 29 Congreso de los Estados Unidos § 201, *et seq.*

Por este medio designo a Misiano Shulman Capetola y Kessler, LLP., para representarme en el pleito.

*Jose*
Firma

*Jose Rafael Hernandes Andrades*
Nombre en Letra

Apt 10-C
111 College Rd Selden NY 11784
Dirección

_____
Ciudad, Estado y Código Postal