# ISLAND CAR WASH, INC., et al.
# PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Island Car Wash, Inc., et al., to assert claims against them for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

I hereby designate Misiano Shulman Capetola & Kessler, LLP., to represent me in the suit.

_____
Signature

Juan Carlos Borjas Montalvan
Print Name

89-19 171st Jamayca AV
Address

Queens New York 11432
City, State and Zip Code

# FORMA DE CONSENTIMIENTO DE DEMANDANTE
# DE ISLAND CAR WASH, INC., et al.

Por este medio consiento para afiliarme al pleito contra Island Car Wash., y. Al-., para afirmar reclamaciones contra ellos para violaciones del Acto de Estándares de Trabajo Justo, 29 Congreso de los Estados Unidos § 201, *et seq.*

Por este medio designo a Misiano Shulman Capetola y Kessler, LLP., para representarme en el pleito.

_____
Firma

Juan Carlos Borjas Montalvan
Nombre en Letra

89-19 171st Jamayca AV
Dirección

Queens New York 11432
Ciudad, Estado y Código Postal