## ISLAND CAR WASH, INC., et al.
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Island Car Wash, Inc., et al., to assert claims against them for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

I hereby designate Misiano Shulman Capetola & Kessler, LLP., to represent me in the suit.

_____
Signature

MANUEL ROMERO
Print Name

38 Franklin S. T
Address

Trenton, N.J. 08611
City, State and Zip Code

## FORMA DE CONSENTIMIENTO DE DEMANDANTE
## DE ISLAND CAR WASH, INC., et al.

Por este medio consiento para afiliarme al pleito contra Island Car Wash., y. Al-., para afirmar reclamaciones contra ellos para violaciones del Acto de Estándares de Trabajo Justo, 29 Congreso de los Estados Unidos § 201, *et seq.*

Por este medio designo a Misiano Shulman Capetola y Kessler, LLP., para representarme en el pleito.

_____
Firma

Manuel Romero
Nombre en Letra

38 Franklin S. T
Dirección

Trenton N.J. 08611
Ciudad, Estado y Código Postal